MICHAEL JOHN NADER, CA Bar No. 200425
michael.nader@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA 95814
Telephone: 916-840-3150
Facsimile: 916-840-3159

SHANNON CLAWSON, CA Bar No. 273699
shannon.clawson@ogletree.com
CAROLYN B. HALL, CA Bar No. 212311
carolyn.hall@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendant
OS RESTAURANT SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA CASTANEDA GUERRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OS RESTAURANT SERVICES LLC dba FLEMING'S,<br><br>　　　　　Defendant. | Case No. 23-cv-05845-HSG<br><br>**DEFENDANT OS RESTAURANT SERVICES LLC REQUEST AND ORDER FOR COUNSEL TO APPEAR TELEPHONICALLY AT THE MARCH 28, 2024 CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS (as modified)**<br><br>Complaint Filed:  July 13, 2023 |

In accordance with Civil Local Rule 16-10, Defendant OS Restaurant Services LLC ("Defendant") respectfully requests that this Court permit its attorney of record, Michael J. Nader, to attend by telephone for the March 28, 2024 Case Management Conference and Hearing on Motion for Judgment on the Pleadings in this matter. Good cause exists to grant the request, for the reasons set forth below:

    1. Defendant's lead trial counsel, Michael J. Nader, resides in Sacramento County, outside of this judicial district.

    2. Counsel believes that he can adequately represent the interests of Defendant via a telephonic appearance, and save time and expense of traveling from Sacramento County to the Bay Area.

WHEREFORE, for good cause shown, Defendant respectfully moves this Court for an Order permitting lead trial counsel Michael J. Nader to attend the March 28, 2024 Case Management Conference and Hearing on Motion for Judgment on the Pleadings telephonically.

DATED: February 13, 2024      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Michael J. Nader
MICHAEL J. NADER
SHANNON CLAWSON
CAROLYN B. HALL

Attorneys for Defendant OS RESTAURANT SERVICES, LLC

**ORDER**

Defendant OS Restaurant Services LLC's request for Michael J. Nader to appear by telephone for the Case Management Conference and Hearing on Motion for Judgment on the Pleadings scheduled for March 28, 2024 is hereby **DENIED**.

IT IS SO ORDERED.

DATED: 2/13/2024

The Hon.
U.S. District
Northern District

DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.