UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREMAYNE YARBROUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>OS RESTAURANT SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 25-cv-04146-PHK<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On May 12, 2025, Judge Michelle Williams Court from the United States District Court from the Central District of California transferred the instant case to the Northern District of California. [Dkt. 22]. Judge Court ordered the Parties to "file a notice of related cases to alert the Northern District of the related pending [*Sonia Guerra v. OS Restaurant Servs. LLC*, No. 4:23-cv-05845-HSG (N.D. Cal)] action." *Id.* The Parties have yet to file a notice.

Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Haywood Gilliam to determine whether it is related to *Sonia Guerra v. OS Restaurant Servs. LLC*, No. 4:23-cv-05845-HSG.

**IT IS SO ORDERED.**

Dated: June 3, 2025

_____
PETER H. KANG
United States Magistrate Judge