UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA CASTANEDA GUERRA, an individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>OS RESTAURANT SERVICES LLC dba FLEMING'S, a Florida corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 4:23-cv-05845-HSG<br><br>Related to Case Nos. 4:25-cv-04146-HSG, 4:25-cv-04887-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION** |
| TREMAYNE YARBROUGH, individually, and on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OS RESTAURANT SERVICES, LLC, a Florida corporation, doing business as FLEMING'S PRIME STEAHOUSE & WINE BAR; and DOES 1 through 50, inclusive,<br><br>    Defendants. | |
| TREMAYNE YARBROUGH, individually, and on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OS RESTAURANT SERVICES, LLC, a Florida corporation, doing business as FLEMING'S PRIME STEAKHOUSE & WINE BAR; and DOES 1 through 50, inclusive,<br><br>    Defendants. | |

Having considered the Joint Stipulation to Stay Proceedings Pending Mediation, and finding good cause therefor, the Court hereby orders as follows:

1. The actions are **STAYED** through December 12, 2025 to accommodate the parties' mediation and efforts to reach a global settlement; and

2. The Parties are **DIRECTED** to file a joint status report with the Court by December 12, 2025, or within 48 hours of reaching a settlement.

**IT IS SO ORDERED.**

Dated:   8/12/2025

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE