**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
mmatern@maternlawgroup.com
Launa Adolph (SBN 227743)
ladolph@maternlawgroup.com
2101 E. El Segundo Blvd., Suite 403
El Segundo, CA 90245
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff
SONIA CASTANEDA GUERRA

[Additional counsel listed on next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA CASTANEDA GUERRA, an individual, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>OS RESTAURANT SERVICES LLC dba FLEMING'S, a Florida corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 4:23-cv-05845-HSG<br><br>Related to Case Nos. 4:25-cv-04146-HSG, 4:25-cv-04887-HSG<br><br>**ORDER GRANTING STIPULATION TO REMAND  GUERRA ACTION TO STATE COURT AND STAY YARBROUGH ACTIONS; AS MODIFIED** |
| TREMAYNE YARBROUGH, individually, and on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>OS RESTAURANT SERVICES, LLC, a Florida corporation, doing business as FLEMING'S PRIME STEAHOUSE & WINE BAR; and DOES 1 through 50, inclusive,<br><br>            Defendants. | |
| TREMAYNE YARBROUGH, individually, and on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>OS RESTAURANT SERVICES, LLC, a Florida corporation, doing business as FLEMING'S PRIME STEAKHOUSE & WINE BAR; and DOES 1 through 50, inclusive,<br><br>            Defendants. | |

MATERN LAW GROUP, PC
2101 E. El Segundo Blvd.,
Ste. 403
El Segundo, CA 90245

1

ORDER GRANTING STIPULATION TO
REMAND GUERRA ACTION TO STATE COURT
AND STAY YARBROUGH ACTIONS

James R. Hawkins (SBN 192925)
james@Jameshawkinsaplc.com
Christina M. Lucio (SBN 253677)
christina@Jameshawkinsaplc.com
Mitchell J. Murray (SBN 285691)
mitchell@Jameshawkinsaplc.com
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff TREMAYNE YARBROUGH

Michael J. Nader, SBN 200425
michael.nader@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:     916-840-3159

Attorneys for Defendant
OS RESTAURANT SERVICES, LLC

MATERN LAW GROUP, PC
2101 E. EL SEGUNDO
BLVD., STE 403
EL SEGUNDO, CA 90245

2

ORDER GRANTING STIPULATION TO REMAND
GUERRA ACTION TO STATE COURT AND STAY
YARBROUGH ACTIONS

The Court, having considered the parties' Stipulation to Remand Guerra Action to State Court and Stay Yarbrough Actions, and for good cause appearing, HEREBY ORDERS AS FOLLOWS:

1.      The *Guerra* action (Case No. 4:23-cv-05845-HSG) is remanded to Contra Costa Superior Court;

2.      The *Yarbrough* class action (Case No. 4:25-cv-04146-HSG) and the *Yarbrough* PAGA action (Case No. 4:25-cv-04887-HSG) are stayed pending a ruling on plaintiffs Sonia Guerra and Tre-Mayne Yarbrough's ("Plaintiffs") motion for final approval of class action settlement;

3.      The parties shall seek dismissal of the *Yarbrough* class action and *Yarbrough* PAGA action or file a joint status report within three days of a ruling on Plaintiffs' motion for final approval;

4.      The Clerk is directed to administratively close the *Yarbrough* class action and *Yarbrough* PAGA action.

IT IS SO ORDERED.

Dated: _____ April 27 , 2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California

MATERN LAW GROUP, PC
2101 E. EL SEGUNDO
BLVD., STE 403
EL SEGUNDO, CA 90245

3

ORDER GRANTING STIPULATION TO REMAND
GUERRA ACTION TO STATE COURT AND STAY
YARBROUGH ACTIONS